UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

209 WEST OLYMPIA, LLC, A
FLORIDA LIMITED LIABILITY
CO.;

      Plaintiff,

  v.                                Case No. 2:24-CV-237-JLB-KCD

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, A NEW
YORK CORPORATION;

      Defendant,
_____/

## ORDER

Plaintiff 209 West Olympia, LLC moves for a clerk's default under Fed. R. Civ. P. 55(a). (Doc. 48.) But a clerk's default is not proper on these facts because Defendant has appeared and is defending against the claims by seeking to enforce an alleged settlement agreement. *See, e.g.*, *Montecalvo v. Brandon Auto Clinic, Inc.*, No. 8:07-CV-851-T-30MSS, 2007 WL 2155581, at *1 (M.D. Fla. July 26, 2007) ("The Rule does not contemplate the entry of default only upon a defendant's failure to answer, but rather upon a defendant's failure to respond or defend against the allegations in a complaint."). Because "defaults are seen with disfavor [given] the strong policy of determining cases on their merits," *Fla. Physician's Ins. Co., Inc. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993), Plaintiff's motion (Doc. 48) is

**DENIED**. The Court will set a deadline for a responsive pleading after the pending Report & Recommendation is addressed.

**ORDERED** in Fort Myers, Florida on February 3, 2025.

Kyle C. Dudek
United States Magistrate Judge